**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

THE ESTATE OF MITCHELL          )
CRAIG CARTER, and MICHAEL       )
MCGRAW,                          )
                                 )
        Plaintiffs,      )
                                 )
v.                               )
                                 )            CV623-003
                                 )
PITTMAN'S CONSULTING             )
AND DESIGN INC., and             )
PHILIP PITTMAN,                  )
                                 )
                                 )
        Defendants.      )

## <u>ORDER</u>

The Court directed the parties to show cause why they failed to timely file their post-discovery status report, and to file the status report. Doc. 23.  The parties filed a joint status report indicating that they intend to engage a private mediator, and requesting a stay of all deadlines pending the mediation.  Doc. 24.  The parties' request is **GRANTED**, doc. 24, and all deadlines are **STAYED** until October 31, 2023.  The parties are **DIRECTED** to file a joint status report no later than 7 days after the

mediation's conclusion updating the Court on its outcome.  If this case remains pending after the mediation, the following deadlines shall apply:

**JOINT STATUS REPORT DUE**                    November 14, 2023

**LAST DAY FOR FILING CIVIL MOTIONS**    December 4, 2023
**INCLUDING DAUBERT MOTIONS BUT**
**EXCLUDING MOTIONS *IN LIMINE***

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 22nd day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA