IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THE ESTATE OF MITCHELL CRAIG CARTER and MICHAEL MCGRAW, <br><br> Plaintiffs, <br><br> v. <br><br> PITTMAN'S CONSULTING AND DESIGN INC. and PHILIP PITTMAN, <br><br> Defendants. | * * * * * * * * * * * * | CV 623-003 |

**O R D E R**

Before the Court is the Parties' joint motion requesting approval of the second amended settlement agreement (Docs. 31, 31-1), including Plaintiffs' counsel's hourly rate as presented therein.[1] (Doc. 33.)

In its October 9, 2024 Order, this Court denied the joint motion to approve the second amended settlement agreement because it found, under the lodestar method, that the Plaintiffs' counsel's amended proposed hourly rate was lower than the current reasonable hourly rate recently established by Jackson v. Johnson, No. CV 123-074, Doc. 18 (S.D. Ga. Aug. 21, 2024). (Doc. 32, at 4-5.) The instant motion asserts the lower hourly rate is nonetheless reasonable because "the [P]arties negotiated Plaintiffs' counsel's

---

[1] Though the instant motion is titled "Joint Motion for Reconsideration," the Court construes it as a status report per its instructions to the Parties in its October 9, 2024 Order (Doc. 32), and considers it as such.

fees separately, and there is no evidence indicating [P]laintiffs' recovery was, or will be, adversely affected by the amount of attorneys' fees and costs awarded to Plaintiffs." (Doc. 33, at 2.) Plaintiffs' counsel asserts the interests of all Parties, judicial efficiency and economy, and even counsel himself will be served by the Court's approval of the second amended settlement agreement submitted on June 10, 2024. (<u>Id.</u> at 3.) After due consideration, this Court **GRANTS** the Parties' joint motion to approve the second amended settlement agreement.

For the foregoing reasons, the Court **GRANTS** the Parties' second renewed joint motion for settlement approval (Doc. 31), **APPROVES** the amended FLSA Settlement Agreement and Mutual Release (Doc. 31-1), and **ORDERS** that all claims asserted in this action be **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all other motions and deadlines, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA